UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF§ WASHINGTON
AT SEATTLE

JOSE LUCAS ZAMORA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C17-346RSL

ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION UNDER 28 U.S.C. § 2255

    This matter comes before the Court on petitioner's motion for an extension of time to file a reply to the government's response to petitioner's motion under 28 U.S.C. § 2255. Dkt. # 8. Petitioner requests an extension of time until June 5, 2017. The motion is unopposed and therefore GRANTED. Petitioner may file his reply brief on or before June 5, 2017. The Clerk of the Court is directed to renote petitioner's motion under 28 U.S.C. § 2255, and the government's response to that motion, for June 5, 2017.

    DATED this 11th day of May, 2017.

                                                  /s/ Robert S. Lasnik
                                                Robert S. Lasnik
                                                United States District Judge

ORDER GRANTING MOTION FOR EXTENSION - 1