UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF§ WASHINGTON
AT SEATTLE

| JOSE LUCAS ZAMORA, | |
|---|---|
| Petitioner, | |
| v. | Case No. C17-346RSL |
| UNITED STATES OF AMERICA, | ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION UNDER 28 U.S.C. § 2255 |
| Respondent. | |

This matter comes before the Court on petitioner's motion for a second extension of time to file a reply to the government's response to petitioner's motion under 28 U.S.C. § 2255. Dkt. # 11. Petitioner requests an extension of time until June 12, 2017. The motion is unopposed and therefore GRANTED. Petitioner may file his reply brief on or before June 16, 2017. The Clerk of the Court is directed to renote petitioner's motion under 28 U.S.C. § 2255, and the government's response to that motion, for June 16, 2017.

DATED this 31st day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION - 1